# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TRAN Q. THIET AND CHAT THIET | § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| CHASE HOME FINANCE, LLC AND JPMORGAN CHASE BANK | § § § | |
| Defendants | § § | |

## DEFENDANTS' APPENDIX IN SUPPORT OF NOTICE OF REMOVAL

| No. | Date Filed or Entered | Document |
|---|---|---|
| 1. | -- | State Court Civil Docket Sheet |
| 2. | November 2, 2010 | Plaintiffs' Original Petition (with exhibits) |
| 3. | November 2, 2010 | Civil Case Information Sheet |
| 4. | November 16, 2010 | Citation: JPMorgan Chase Bank and Return of Service |
| 5. | November 16, 2010 | Citation: Chase Home Finance LLC and Return of Service |
| 6. | November 19, 2010 | Defendants Chase Home Finance LLC and JPMorgan Chase Bank, N.A.'s Original Answer |

                Respectfully submitted,

                */s/ Wm. Lance Lewis*
                WM. LANCE LEWIS
                State Bar No. 12314560
                JUSTIN R. OPITZ
                State Bar No. 24051140
                **QUILLING, SELANDER, LOWNDS,**
                **WINSLETT & MOSER, P.C.**
                2001 Bryan Street, Suite 1800
                Dallas, Texas 75201
                (214) 871-2100 (Telephone)
                (214) 871-2111 (Facsimile)
                llewis@qslwm.com
                jopitz@qslwm.com

                **ATTORNEYS FOR DEFENDANTS**
                **CHASE HOME FINANCE LLC AND**
                **JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiffs, via certified mail, return receipt requested, as set forth below, on this 30th day of November, 2010:

Richard L. Welch
Law Offices of Richard L. Welch
8140 MoPac Expressway North
Westpark IV, Suite 260
Austin, TX 78759

                */s/ Wm. Lance Lewis*
                Wm. Lance Lewis